# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-0032
_____

MICHAEL JEROME LEE,

　　Appellant,

v.

STATE OF FLORIDA,

　　Appellee.

_____


On appeal from the Circuit Court for Baker County.
James M. Colaw, Judge.

December 12, 2023


PER CURIAM.

　　AFFIRMED.

B.L. THOMAS, ROWE, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Michael Jerome Lee, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.